Eric H. Horn Esq. (NJ No. 003822005)
A.Y. STRAUSS LLC
101 Eisenhower Parkway, Suite 412
Roseland, New Jersey 07068
Tel: (973) 287-5006
Email: ehorn@aystrauss.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DOREMUS LAND 672, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> ZARIZ TRANSPORT, INC. and YAAKOV GUZEGUL <br><br> *Defendants* | DOCKET NO.: 2:23-cv-02850 |

**CERTIFICATION OF DAVID SALHANICK IN SUPPORT OF
<u>PRO HAC VICE APPLICATION</u>**

I, David Salhanick hereby certify as follows:

1. I am an associate with the law firm of AY Strauss, LLC, attorneys for Defendants Zariz Transport, Inc. and Yaakov Guzegul ("Defendants"). I submit this certification in support of Defendants' application to admit me *pro hac vice* in connection with the instant action.

2. My office address and telephone number are as follows:

    A.Y. STRAUSS LLC
    101 Eisenhower Parkway, Suite 412
    Roseland, NJ 07068
    (973) 425-5548
    dsalhanick@aystrauss.com

3. I am and have been admitted to practice law in the State of New Jersey since 2012. I am also a member of the bars of the following courts:

        a.     State of New York (2012)

        b.     United States District Court for the Southern District of New York (2015)

4.     The State and Federal Bars I have been admitted to may be contacted at the following addresses:

        a.     New Jersey Supreme Court, Richard J. Hughes Justice Complex P.O. Box 970, Trenton, New Jersey 08625.

        b.     New York Supreme Court, Appellate Division, Third Department, P.O. Box 7288, Capitol Station, Albany, New York 12224

        c.     U.S. District Court for the Southern District of New York, 500 Pearl Street New York, New York 10007

5.     I am in good standing and eligible to practice in each of the above-jurisdictions.

6.     I am not currently disbarred or suspended in any jurisdiction.

7.     There are no pending disciplinary matters against me, and no discipline has previously been imposed on me in any jurisdiction.

8.     I am conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and will abide by those Rules.

9.     Upon entry of the requested order, payment in the appropriate amount will be forwarded to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

10.     In accordance with Local Civil Rule 101.1 (c)(3), upon entry of the requested order, payment in the amount of $150.00 will be forwarded to the Clerk, United States District Court.

11.     I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court. I agree to comply with the requirements of Local Civil Rule 101.1 (c). I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-**7** governing contingent fees.

12.     I respectfully request that this Court grant Defendants' application to have me admitted *pro hac vice* for all purposes in this matter, including trial.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  May 25, 2023                                   A.Y. STRAUSS, LLC

                                                                    By: *David Salhanick*
                                                                          David Salhanick, Esq
                                                                    101 Eisenhower Parkway, Suite 412
                                                                    Roseland, NJ 07068
                                                                    (973) 425-5548