# Sills Cummis & Gross
A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

**Michael J. Geraghty**
**Direct Dial:** 973-643-5548
**Email:** mgeraghty@sillscummis.com

July 20, 2023

**Via ECF**
Melissa E. Rhoads, Esq.
Clerk of Court
Clarkson S. Fisher Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

  Re: Doremus Land 672, LLC v. Zariz Transport, Inc., et al.
     Docket No.: 2:23-cv-02850-ES-AME

Dear Ms. Rhoads:

  This firm represents plaintiff Doremus Land 672, LLC in the above-referenced action. Plaintiff originally filed this lawsuit against Defendants Zariz Transport, Inc. and Yaakov Guzegul in the Superior Court of New Jersey, Essex County. Defendants removed this matter to the United States District Court for the District of New Jersey prior to service of process. We respectfully request that the form of summonses that we have filed simultaneously with this letter be issued as promptly as possible.

  Thank you for your attention to this matter.

            Very truly yours,

            *Michael J. Geraghty*
            MICHAEL J. GERAGHTY

MJG/mhd