Michael J. Geraghty, Esq. (ID No. 026161987)
SILLS CUMMIS & GROSS P.C.
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOREMUS LAND 672, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZARIZ TRANSPORT, INC. and YAAKOV GUZEGUL,<br><br>Defendants. | Civil Action No. 2:23-cv-02850-ES-AME |

**STIPULATION AND ORDER REGARDING DEFENDANTS' TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

WHEREAS, plaintiff filed the Complaint in this matter in the Superior Court of New Jersey, Law Division, Essex County, Docket No. ESX-L-2789-23, on May 1, 2023; and

WHEREAS, defendants Zariz Transport, Inc. and Yaakov Guzegul removed this action to this Court before they were served with process by the filing of a Notice of Removal on May 25, 2023; and

WHEREAS, defendants acknowledged service of process on each of them by Summonses issued by the Clerk of this Court on July 21, 2023; and

WHEREAS, the current deadline for defendants to answer, move, or otherwise respond to the Complaint is August 11, 2023, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i); and

WHEREAS, no prior extensions of the time within which defendants may answer, move, or otherwise respond to the Complaint have been obtained or granted;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, as follows:

1. The deadline for defendants Zariz Transport, Inc. and Yaakov Guzegul to respond to the Complaint in this matter is extended by 39 days to and including September 19, 2023.

Dated: July 21, 2023

SO STIPULATED:

| | |
|---|---|
| SILLS CUMMIS & GROSS, P.C. | A.Y. STRAUSS LLC |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| By: *s/ Michael J. Geraghty* | By: *s/ David S. Salhanick* |
| MICHAEL J. GERAGHTY | DAVID S. SALHANICK |
| | (Admitted *Pro Hac Vice*) |
| | ERIC H. HORN |

**SO ORDERED** this 24th day of July, 2023.

_____*/s/ André M. Espinosa*_____
HONORABLE ANDRÉ M. ESPINOSA
UNITED STATES MAGISTRATE JUDGE