# Sills Cummis & Gross
A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

**Michael J. Geraghty**
**Direct Dial:  973-643-5548**
**Email: mgeraghty@sillscummis.com**

August 2, 2023

**Via ECF**
Magistrate Judge André M. Espinosa
United States District Court
District of New Jersey
Martin Luther King, Jr. Building
50 Walnut Street
Newark, NJ  07102

    Re:  *Doremus Land 672 LLC v. Zariz Transport, Inc. et al.*
           Civil Action No. 2:23-cv-02850-ES-AME

Dear Judge Espinosa:

    On behalf of plaintiff Doremus 672 LLC, we write to request that the Court adjourn the initial Rule 16 conference scheduled on August 10, 2023. Counsel for the defendants has consented to our request.

    Pursuant to the Court's Order dated July 24, 2023, the time for defendants Zariz Transport, Inc. and Yaakov Guzegul to respond to the Complaint has been extended until September 19, 2023. We respectfully request that the Rule 16 conference be adjourned to a date convenient to the Court after the defendants have responded to the Complaint September 19, 2023.

    We thank the Court for consideration of our request.

Respectfully,

*Michael J. Geraghty*
MICHAEL J. GERAGHTY

MJG/bk

cc: All counsel of record (via ECF)