UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOREMUS LAND 672, LLC, | Civil Action No. 23-02850-ES-AME |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| ZARIZ TRANSPORT, INC., et al., | |
| Defendants. | |

**THIS MATTER** having come before the Court for a case management conference on November 3, 2023; and the parties having jointly requested that the Court hold discovery in abeyance pursuant to Local Civil Rule 16.1(a)(1), pending resolution of Defendants' motion to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) [D.E. 26]; and for the reasons discussed during the November 3 conference and pursuant to Local Civil Rule 16.1(a)(1),[1] the Court having determined that holding discovery in abeyance pending resolution of the dispositive motion will promote judicial economy and conserve the litigants' resources; and for good cause shown,

**IT IS** on this 27th day of December, 2023,

**ORDERED** that the Rule 16 conference is continued until further order; and it is further

**ORDERED** that the Court will hold discovery in abeyance and defer entering an initial scheduling order pending a decision on Defendants' motion to dismiss; and it is further

---

[1] Local Civil Rule 16.1(a)(1) authorizes Magistrate Judges to defer the scheduling of a Rule 16 conference "due to the pendency of a dispositive or other motion."

**ORDERED** that unless the Court has decided Defendants' motion to dismiss, the parties shall file a joint status letter on **April 1, 2024**, and **July 1, 2024**; and it is further

**ORDERED** that within five days of a decision on Defendants' motion to dismiss, the parties shall file a joint letter advising of the resolution of that motion and, if appropriate, requesting that the Court schedule a conference; and it is further

**ORDERED** that the parties are directed to the Local Civil Rules for any other matter not addressed by this Order or the Court's Civil Case Management Order.

   /s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge