# Sills Cummis & Gross
A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

**Michael J. Geraghty**
**Direct Dial:  973-643-5548**
Email: mgeraghty@sillscummis.com

April 1, 2024

**Via ECF**
Magistrate Judge André M. Espinosa
United States District Court
District of New Jersey
Martin Luther King, Jr. Building
50 Walnut Street
Newark, NJ  07102

      Re:   *Doremus Land 672 LLC v. Zariz Transport, Inc. et al.*
             Civil Action No. 2:23-cv-02850-ES-AME

Dear Judge Espinosa:

    On behalf of plaintiff and defendants, the undersigned counsel submit this joint status letter in response to the Court's Order dated December 27, 2023 ("December 27 Order") [ECF Doc. No. 28].

    Defendants' motion to dismiss the Complaint was returnable November 13, 2023 and the Court has not yet issued its decision. In the meantime, pursuant to the Court's December 27 Order, the Rule 16 conference is continued until further order; and discovery remains in in abeyance pending a decision on Defendants' motion to dismiss.

    Each party reserves the right to request that the Court conduct a telephone conference to further address the status of this matter before the Court issues its decision on Defendants' motion to dismiss.

                                                         Respectfully,

SILLS CUMMIS & GROSS, P.C.                        A.Y. STRAUSS LLC
*Attorneys for Plaintiff*                                    *Attorneys for Defendants*

By:  *s/ Michael J. Geraghty*                     By:  *s/ David S. Salhanick*
      MICHAEL J. GERAGHTY                     DAVID S. SALHANICK
                                                             (Admitted *Pro Hac Vice*)
                                                             ERIC H. HORN