David Salhanick, Esq. (NJ No. 041022011)
Eric H. Horn (NJ No. 003822005)
**A.Y. STRAUSS LLC**
290 West Mount Pleasant Avenue, Suite 3260
Livingston, New Jersey 07039
Tel.: (973) 287-0966
dsalhanick@aystrauss.com
*Attorneys for Defendants, Zariz Transport, Inc.*
*and Yaakov Guzegul*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOREMUS LAND 672, LLC, | Civil Action No. 23-02850-ES-AME |
| *Plaintiff*, | |
| v. | **NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |
| ZARIZ TRANSPORT, INC., et al., | |
| *Defendants* | |

**PLEASE TAKE NOTICE** that on Monday, July 15, 2024, at 9:00 A.M. in the forenoon, or as soon thereafter as counsel may be heard, A.Y. Strauss LLC and its attorneys shall move pursuant to Local Civil Rule 102.1, before the Honorable Esther Salas, U.S.D.J., United States District Court for the District of New Jersey, at the Martin Luther King Building & Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order: (i) granting A.Y. Strauss LLC's and its attorney's motion to withdraw as counsel for Defendants, Zariz Transport, Inc. and Yaakov Guzegul, and (ii) for other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, A.Y. Strauss LLC and its attorneys shall rely upon the enclosed Declaration of David Salhanick, Esq., dated June 17, 2024.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is annexed.

Dated: June 17, 2024

                                       **A.Y. STRAUSS LLC**
                                       *Attorneys for Defendants, Zariz Transport,*
                                       *Inc. and Yaakov Guzegul*

                              By:     *David Salhanick*
                                           David Salhanick, Esq.

## **CERTIFICATE OF SERVICE**

I, David Salhanick, hereby certify that I served the above Notice of Motion and all accompanying papers upon counsel for Plaintiff, Doremus Land 672, LLC, by filing same on PACER, which provides as-filed copies to all counsel of record, and by sending same via electronic mail on June 17, 2024.

I further certify that I have served the above Notice of Motion and all accompanying papers upon Defendants, Zariz Transport, Inc. and Yaakov Guzegul, by sending same via electronic mail and by regular mail on June 17, 2024.

By: *David Salhanick*
David Salhanick, Esq.